```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- X
LIBERTY MUTUAL FIRE INSURANCE   :
COMPANY,                        :
                                :
              Plaintiff,        :
                                :      No. 17 Civ. 5665 (JFK)
         -against-              :             ORDER
                                :
STARR INDEMNITY AND LIABILITY   :
COMPANY,                        :
                                :
              Defendant.        :
------------------------------- X
```

**JOHN F. KEENAN, United States District Judge:**

The Court has been advised that the parties in the above-captioned case have reached a settlement. Accordingly, it is hereby

ORDERED that this action is discontinued without costs to any party, subject to reopening if settlement is not consummated within 30 days of the date of this Order. If the parties wish to reopen this matter or extend the time within which they may reopen it, they must make a letter application to this Court before this 30-day period expires.

**SO ORDERED.**

Dated:   New York, New York
         September 12, 2017

                                        _____
                                        Hon. John F. Keenan
                                        United States District Judge